MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
MARIA BRITO,                     :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   08 Civ. 3430 (SHS)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 7, 2008 to and including September 8, 2008.  The reason for the request is

the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       June 11, 2008

*Maria Elena Brito*
MARIA BRITO
Plaintiff pro se
69 West 225th Street
  Apt.#2B
Bronx, New York  10463
Telephone No.:(718) 220-6978

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED: 6/19/08

_____
UNITED STATES DISTRICT JUDGE